# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ADT LLC, and DOES 1 to 20, Inclusive,<br><br>　　　　　Defendants. | Case No.: 2:18-cv-03149-MCE-AC<br><br>**ORDER GRANTING PLAINTIFF STATE FARM GENERAL INSURANCE COMPANY'S STIPULATION FOR A REQUEST FOR DISMISSAL WITH PREJUDICE WITH CONDITIONS** |

　　Having considered the stipulation of plaintiff and defendant to dismiss the case with prejudice with conditions, the court finds that good cause exists to approve the stipulation.

　　IT IS HEREBY ORDERED that the above-entitled matter is dismissed with prejudice with the conditions stated in the Stipulation.

　　The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

　　**IT IS SO ORDERED.**

**Dated:  June 5, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

STF.1174

**ORDER GRANTING PLAINTIFF STATE FARM GENERAL INSURANCE COMPANY'S STIPULATION FOR A REQUEST FOR DISMISSAL WITH PREJUDICE WITH CONDITIONS**